COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

AARON HERRERA,               §           No.08-21-00082-CR

         Appellant,        §            Appeal from the

v.                       §           38th District Court

THE STATE OF TEXAS,      §           of Real County, Texas

         State.            §           (TC# 2015-1242-DR)

§

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 4, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Sergio J. Sanchez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 4, 2022.

IT IS SO ORDERED this 4th day of January, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.